THIS OPINION 
 HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS 
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR. 
THE STATE OF SOUTH CAROLINA 
In The Supreme Court 

 
 
 
Tommy Novack 
 Lloyd, Petitioner,
v.
State of South 
 Carolina, Respondent.
 
 
 

ON WRIT OF CERTIORARI

Appeal From Richland County 
L. Casey Manning, Circuit Court Judge 

Memorandum Opinion No. 2012-MO-012 
Submitted April 18, 2012 - Filed May 9, 
 2012 

DISMISSED AS IMPROVIDENTLY GRANTED

 
 
 
Deputy Chief Appellate Defender Wanda H. Carter, of 
 Columbia, for Petitioner. 
Attorney General Alan Wilson, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Assistant 
 Attorney General Brian T. Petrano, of Columbia, for Respondent. 
 
 
 
 

PER CURIAM: We granted a writ of certiorari to review 
 the denial of Petitioner's application for post-conviction relief (PCR). We 
 now dismiss the writ as improvidently granted. 
 DISMISSED AS IMPROVIDENTLY GRANTED. 
TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., 
 concur.